IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>ILDEFONSO RIVERA-LEON,<br><br>        Defendant. | **4:22CR3115**<br><br>**ORDER** |

This case is scheduled for trial on May 22, 2023. The parties are engaged in plea discussions. At the government's unopposed request,

IT IS ORDERED that as to both parties, the deadline for serving expert disclosures is extended to May 12, 2023.

Dated this 27th day of April, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge
