IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:22CR3115** |
| vs. | |
| RAMON LOPEZ-LARIOS, a/k/a ILDEFONSO RIVERA-LEON, | **ORDER** |
| Defendant. | |

A superseding indictment has been filed, and the government will be disclosing additional Rule 16 discovery. The parties need additional time to prepare for trial. Accordingly,

IT IS ORDERED:

1) The trial of this case is set to commence before John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on July 5, 2023, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

2) Rule 16 expert disclosures shall be served on or before June 23, 2023.

3) The time between May 18, 2023 and July 5, 2023, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act because the parties require additional time to adequately prepare the case for trial, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

May 22, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge