IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAMON LOPEZ-LARIOS,<br><br>　　　　　Defendant. | **4:22CR3115**<br><br>**ORDER** |

　　　　Defendant has moved to continue the trial (Filing No. 129) because counsel for defendant needs additional time for further investigation to reach a resolution short of trial. The motion to continue is unopposed. Accordingly,

　　　　IT IS ORDERED:

1) Defendant's motion to continue (Filing No. 129) is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 6, 2024, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3) The Frye hearing scheduled for April 2, 2024 is rescheduled to be held before the undersigned magistrate judge in Courtroom 2, United States Courthouse, Lincoln, Nebraska at 1:30 p.m. on April 30, 2024.

4) The time between today's date and May 6, 2024, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

　　　　Dated this 1st day of April, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge