IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3115 |
| vs. | |
| RAMON LOPEZ-LARIOS, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

    This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 148). On May 16, 2024, the Court entered a Preliminary Order of Forfeiture (filing 141) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to possession of methamphetamine and fentanyl analogue with intent to distribute them in violation of 21 U.S.C. § 841, and admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in $2,900 in United States currency was forfeited to the United States. Filing 141.

    As directed by the Court, a Notice of Criminal Forfeiture was posted beginning on May 18, 2024, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 147) was filed on July 22, 2024. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 148) is granted.

2. All right, title, and interest in and to the $2,900 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 6th day of August, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge